Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−12735−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jurdia C Garrett−Hill
   1112 San Jose Drive
   Glendora, NJ 08029

Social Security No.:
   xxx−xx−1357

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            5/23/24
Time:            08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 1, 2024
JAN:

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-12735-JKS
Jurdia C Garrett-Hill  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5
Date Rcvd: Apr 01, 2024      Form ID: 132      Total Noticed: 76

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jurdia C Garrett-Hill, 1112 San Jose Drive, Glendora, NJ 08029-1516 |
| 520192931 | + | CMG Financial, Pob 77404, Ewing, NJ 08628-6404 |
| 520192936 | + | Comcast, P.O. Box 848, Newark, NJ 07101-0848 |
| 520192964 | + | Linton Brown, 60 Dover Street, Newark, NJ 07106-2310 |
| 520192967 | + | Mariner Finance, 2290 US Highway 22 East, Suite D, Union, NJ 07083-8400 |
| 520192968 | + | Mariner Finance c/o, Randolph Walzer & Associates LLC, 2042 W County Line Road, Unit 8, PO Box 1234, Jackson, NJ 08527-0259 |
| 520192992 | + | Short Hills Surgery Center, 187 Millburn Avenue, Millburn, NJ 07041-1845 |
| 520192993 | + | Short Hills Surgery Center, 187 Millburn Avenue, Suite 102, Millburn, NJ 07041-1845 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2024 23:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2024 23:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2024 00:41:47 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520192922 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 01 2024 23:53:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 520192921 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 01 2024 23:53:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520192923 | + | Email/Text: bk@avant.com | Apr 01 2024 23:58:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 520192924 | + | Email/Text: bk@avant.com | Apr 01 2024 23:58:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 520192930 | ^ | MEBN | Apr 01 2024 22:49:40 | CMG Financial, Attn: Bankruptcy, 3160 Crow Canyon Rd, Ste 400, San Ramon, CA 94583-1382 |
| 520192940 | | Email/Text: cfcbackoffice@contfinco.com | Apr 01 2024 23:54:00 | Continental Finance Company, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 520192939 | | Email/Text: cfcbackoffice@contfinco.com | Apr 01 2024 23:54:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 520192997 | | Email/Text: cfcbackoffice@contfinco.com | Apr 01 2024 23:54:00 | Surge, PO Box 6812, Carol Stream, IL 60197-6812 |
| 520192925 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2024 00:44:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520192927 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 24-12735-JKS    Doc 17    Filed 04/03/24    Entered 04/04/24 00:21:13    Desc Imaged
                              Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: 132 | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 02 2024 00:42:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520195067 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Apr 02 2024 00:41:45 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520192929 | + | Email/Text: bzern@celticbank.com | | |
| | | | Apr 01 2024 23:58:00 | Celtic Bank Corp., 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 520192932 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Apr 01 2024 23:51:00 | Comcast, 257 Prospect Avenue, West Orange, NJ 07052-4210 |
| 520192934 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Apr 01 2024 23:51:00 | Comcast, 1500 Market Street, Philadelphia, PA 19102-2107 |
| 520192935 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Apr 01 2024 23:51:00 | Comcast, 1 Comcast Drive, Philadelphia, PA 19103-2899 |
| 520192933 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Apr 01 2024 23:51:00 | Comcast, 800 Rahway Avenue, Union, NJ 07083-6691 |
| 520192937 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 01 2024 23:56:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520192938 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 01 2024 23:56:00 | ComenityBank/Venus, Po Box 182789, Columbus, OH 43218-2789 |
| 520192941 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Apr 01 2024 23:57:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520192943 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Apr 01 2024 23:58:00 | Destiny Mastercard, PO Box 4477, Beaverton, OR 97076-4401 |
| 520192944 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Apr 01 2024 23:55:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520192945 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Apr 01 2024 23:55:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520192946 | ^ | MEBN | | |
| | | | Apr 01 2024 22:46:58 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520192947 | ^ | MEBN | | |
| | | | Apr 01 2024 22:44:51 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520192948 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Apr 01 2024 23:48:48 | First Premier Bank, Attn: Bankruptcy, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520192950 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Apr 01 2024 23:48:16 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520192952 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Apr 01 2024 23:58:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520192953 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Apr 01 2024 23:58:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 520192954 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Apr 01 2024 23:58:00 | Indigo, P.O. Box 23039, Columbus, GA 31902-3039 |
| 520192955 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Apr 01 2024 23:55:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520192956 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 01 2024 23:57:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520192959 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 01 2024 23:57:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520192962 | + | Email/Text: bankruptcy@kikoff.com | | |
| | | | Apr 01 2024 23:54:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 520192963 | + | Email/Text: bankruptcy@kikoff.com | | |
| | | | Apr 01 2024 23:54:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 520199688 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 24-12735-JKS    Doc 17    Filed 04/03/24    Entered 04/04/24 00:21:13    Desc Imaged
Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Apr 01, 2024 | Form ID: 132 | Total Noticed: 76 |

| | | | |
|---|---|---|---|
| | | Apr 01 2024 23:48:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520192966 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 02 2024 00:41:49 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520192965 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 02 2024 00:43:08 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520192969 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Apr 01 2024 23:54:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520192972 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Apr 01 2024 23:54:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520192975 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Apr 01 2024 23:49:15 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520192977 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Apr 01 2024 23:58:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192976 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Apr 01 2024 23:58:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520192978 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Apr 01 2024 23:58:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520192979 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Apr 01 2024 23:58:00 | Midnight Velvet/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192980 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Apr 01 2024 23:58:00 | Milestone, P.O. Box 23065, Columbus, GA 31902-3065 |
| 520192981 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Apr 01 2024 23:57:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520192983 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Apr 01 2024 23:57:00 | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 520192985 | + Email/PDF: cbp@omf.com | | |
| | | Apr 01 2024 23:48:11 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520192996 | Email/Text: bankruptcy@self.inc | | |
| | | Apr 01 2024 23:54:00 | Sunrise Banks, 515 Congress Ave, Suite 2200, Austin, TX 78701 |
| 520192994 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Apr 01 2024 23:53:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520192988 | + Email/Text: bankruptcy@savit.com | | |
| | | Apr 01 2024 23:58:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520192989 | + Email/Text: bankruptcy@savit.com | | |
| | | Apr 01 2024 23:58:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520192990 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Apr 01 2024 23:58:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192991 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Apr 01 2024 23:58:00 | Seventh Ave/Swiss Colony Inc., 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192995 | + Email/Text: bankruptcy.notices@sunrisebanks.com | | |
| | | Apr 01 2024 23:54:00 | Sunrise Banks, Attn: Bankruptcy, 200 University Avenue West, Saint Paul, MN 55103-2075 |
| 520192999 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 02 2024 00:44:24 | Synchrony/HSN, Po Box 71740, Philadelphia, PA 19176-1740 |
| 520192998 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 02 2024 00:41:39 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520193000 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Apr 01 2024 23:58:00 | The Swiss Colony/Country Door, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |

Case 24-12735-JKS    Doc 17    Filed 04/03/24    Entered 04/04/24 00:21:13    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: 132 | Total Noticed: 76 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520193001 | + | Email/Text: bankruptcy@sccompanies.com | Apr 01 2024 23:58:00 | The Swiss Colony/Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520193002 | ^ | MEBN | Apr 01 2024 22:45:44 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520193003 | ^ | MEBN | Apr 01 2024 22:46:14 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520193005 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 01 2024 23:52:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 520193004 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 01 2024 23:52:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 520193006 | ^ | MEBN | Apr 01 2024 22:48:15 | Waypoint Resource Group, Attn: Bankruptcy, Po Box 8588, Round Rock, TX 78683-8588 |
| 520193008 | ^ | MEBN | Apr 01 2024 22:48:16 | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 68

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520192926 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520192928 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520197301 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520192942 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520192949 | *+ | First Premier Bank, Attn: Bankruptcy, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520192951 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520192957 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520192958 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520192960 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520192961 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520192970 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520192971 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520192973 | *+ | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520192974 | *+ | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520192982 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520192984 | *+ | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 520192986 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520192987 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520193007 | *+ | Waypoint Resource Group, Attn: Bankruptcy, Po Box 8588, Round Rock, TX 78683-8588 |
| 520193009 | *+ | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 0 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: 132 | Total Noticed: 76 |

Date: Apr 03, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Jurdia C Garrett-Hill yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4