

5-8-2024

Althea Brown POA for Linton Brown

60 Dover street Newark NJ, 07106

9739016804

Loving1624@gmail.com


The Honorable John K. Sherwood Or Brian Knapp

United States Bankruptcy Court District of NJ

50 Walnut Street, 3rd Floor

Newark, N.J. 07102

Courtroom 3D


Re: Chapter 13 Bankruptcy Case of Jurdia Garrett-Hill - Case No. 2-12735


      I am writing to file an objection to the confirmation plan for the Chapter 13 bankruptcy case of Jurdia Garrett-Hill (Case No. 24-12735-jks). My objection is based on the inaccurate valuation of a key asset in the plan and that the plan does not adequately address the money owed to creditors. An appraisal conducted by a qualified appraiser KIRT CABLE, state certification # 42RC00254600, indicates that the value of the property is significantly higher.  The confirmation plan relies on a valuation that undervalues the debtor's residence. I have attached a recent appraisal (attached). Given this significant discrepancy, the equity in the residence is likely understated in the confirmation plan. This underestimation unfairly reduces the amount available to pay back unsecured creditors under the plan. Allocating a portion of this increased equity toward unsecured creditors would enhance the overall distribution to all parties involved. As a creditor, I am committed to the principles of fairness and transparency within the bankruptcy process.  I appreciate the court's attention to this matter and trust that a thorough examination of the assets' valuation will lead to an equitable resolution. I am respectfully asking the court to deny confirmation of the Chapter 13 plan based on the inaccurate valuation or consider converting the case to a liquidation of assets (Chapter 7) to ensure a more equitable distribution among creditors. The inaccurate valuation undermines the fairness and feasibility of the proposed repayment structure. The proceeds from this liquidation would then be used to increase the payout to unsecured creditors. Thank you for your time and consideration.


Cordially,

Linton Brown (POA Althea Brown)

FHA/VA Case No.

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
1112 San Jose Dr
Glendora, NJ 08029
Block #1301 Lot #27

### FOR
200 EXECUTIVE BLVD. , SO 200, SOUTHINGTON CT, 06489

### AS OF
03/14/2024

### BY
KIRT CABLE
Kirtsen Cable Appraisals
1576 Leslie St, Apt 1L
Hillside, NJ 07205
(201) 873-7673
kazkirt@gmail.com

Vinson Cole Appraisals    FHA/VA Case No.

## Exterior–Only Inspection Residential Appraisal Report    File # 202

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | | | |
|---|---|---|---|---|---|
| Property Address | 1112 San Jose Dr | City | Glendora | State NJ | Zip Code 08029 |

Borrower  Garrett-Hill Jurdia Christine    Owner of Public Record  Garrett-Hill Jurdia Christine    County  Camden

Legal Description  Block #1301 Lot #27

Assessor's Parcel #  01301-0000-00027-0000    Tax Year 2023    R.E. Taxes $

Neighborhood Name  Glendora    Map Reference  15804    Census Tract  6082.06

Occupant ☒ Owner  ☐ Tenant  ☐ Vacant    Special Assessments $  0    ☐ PUD    HOA $ 0    ☐ per year  ☐ per month

Property Rights Appraised ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe)

Assignment Type ☐ Purchase Transaction  ☐ Refinance Transaction  ☒ Other (describe)  Market value

Lender/Client  Garrett-Hill Jurdia Christine    Address  1576 Leslie St, Apt 1L, Hillside, NJ 07205

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☐ Yes  ☒ No

Report data source(s) used, offering price(s), and date(s).    NJACTB/TAX REC

**CONTRACT**

I ☐ did  ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record?  ☐ Yes  ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes  ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban | ☐ Suburban | ☐ Rural | Property Values | ☐ Increasing | ☒ Stable | ☐ Declining | PRICE | AGE | One-Unit | 70 % |
| Built-Up ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply | ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 10 % |
| Growth ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time | ☐ Under 3 mths | ☒ 3-6 mths | ☐ Over 6 mths | 150 Low | 1 | Multi-Family | 10 % |
| Neighborhood Boundaries | NJ Tpke (Toll road) to the North, S White Horse Pike to the East, | | | | | | 1,355 High | 150 | Commercial | 10 % |
| Hwy 42 to the East and South. | | | | | | | 330 Pred. | 111 | Other | 0 % |

Neighborhood Description    The subject is located within a residential area consisting primarily of single family homes. Some other property types are interspersed throughout the area having no adverse affect on the subject's value and marketability. Highway access is nearby from Rt. 80. No adverse neighborhood conditions noted on the day of inspection.

Market Conditions (including support for the above conclusions)    The Market conditions within the local market area are steadily rising.

**SITE**

Dimensions  73X246    Area  17958 sf    Shape  Rectangular    View  N;Res;

Specific Zoning Classification  R1    Zoning Description  Single Family Residential

Zoning Compliance ☒ Legal  ☐ Legal Nonconforming (Grandfathered Use)  ☐ No Zoning  ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes  ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street  Asphalt | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley  None | | |

FEMA Special Flood Hazard Area  ☐ Yes  ☒ No    FEMA Flood Zone  X    FEMA Map #  34007C0102F    FEMA Map Date  08/17/2016

Are the utilities and off-site improvements typical for the market area?  ☒ Yes  ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  ☒ No  If Yes, describe

**IMPROVEMENTS**

Source(s) Used for Physical Characteristics of Property  ☐ Appraisal Files  ☐ MLS  ☒ Assessment and Tax Records  ☐ Prior Inspection  ☐ Property Owner
☐ Other (describe)    Data Source for Gross Living Area

| General Description | | General Description | | Heating/Cooling | | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|---|
| Units ☒ One | ☐ One with Accessory Unit | ☐ Concrete Slab | ☐ Crawl Space | ☒ FWA | ☐ HWBB | Fireplace(s) # 0 | | ☐ None | |
| # of Stories | 2 | ☒ Full Basement | ☐ Finished | ☐ Radiant | | Woodstove(s) # 0 | | ☒ Driveway  # of Cars | 2 |
| Type ☒ Det. | ☐ Att. ☐ S-Det./End Unit | ☐ Partial Basement | ☐ Finished | ☐ Other | | Patio/Deck  None | | Driveway Surface  Concrete | |
| ☒ Existing | ☐ Proposed ☐ Under Const. | Exterior Walls  Vinyl/Avg | | Fuel  Gas | | Porch  None | | ☐ Garage  # of Cars | 0 |
| Design (Style)  Colonial | | Roof Surface  Asphalt /Avg | | ☒ Central Air Conditioning | | Pool  None | | ☐ Carport  # of Cars | 0 |
| Year Built  1957 | | Gutters & Downspouts  Alum/Avg | | ☐ Individual | | ☒ Fence  Fence | | ☐ Attached  ☐ Detached | |
| Effective Age (Yrs)  15 | | Window Type  Dbl Hung/Gd | | ☐ Other | | ☐ Other  None | | ☐ Built-in | |

Appliances ☒ Refrigerator  ☒ Range/Oven  ☐ Dishwasher  ☐ Disposal  ☒ Microwave  ☐ Washer/Dryer  ☐ Other (describe)

Finished area above grade contains:    6 Rooms    3 Bedrooms    1.1 Bath(s)    1,642 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).    None.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).    C3;Updates in last 10 to 15

## Exterior-Only Inspection Residential Appraisal Report   File # 202

There are **6** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 155,000 to $ 1,155,000 .
There are **7** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 150,000 to $ 1,050,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1112 San Jose Dr Glendora, NJ 08029 | 38 12th Ave Glendora, NJ 08029 | | 213 7th Ave Glendora, NJ 08029 | | 1017 W Front St Glendora, NJ 08029 | |
| Proximity to Subject | | 0.20 miles SW | | 0.28 miles S | | 0.97 miles SW | |
| Sale Price | $ | $ | 313,500 | $ | 325,000 | $ | 309,500 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 241.90 sq.ft. | | $ 145.09 sq.ft. | | $ 178.08 sq.ft. | |
| Data Source(s) | | NJMLS#NJCD2062494;DOM | | NJMLS#NJCD2056874;DOM | | NJMLS#;DOM 61 | |
| Verification Source(s) | | NJACTB/TAX REC | | NJACTB/TAX REC | | NJACTB/TAX REC | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s12/23;c11/23 | | s11/23;c11/23 | | s01/24;c01/24 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 17958 sf | 19000 sf | 0 | 9375 sf | 0 | 6425 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Colonial | DT2;Colonial | | DT2;Colonial | | DT2;Colonial | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 67 | 94 | 0 | 64 | 0 | 67 | |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6 3 1.1 | 6 3 1.0 | +3,500 | 6 3 1.1 | | 6 3 2.0 | -3,500 |
| Gross Living Area | 1,642 sq.ft. | 1,296 sq.ft. | +12,110 | 2,240 sq.ft. | -20,930 | 1,738 sq.ft. | -3,360 |
| Basement & Finished Rooms Below Grade | 821sf0sfin | 715sf0sfin | 0 | 0sf | +5,000 | 715sf0sfin | 0 |
| Functional Utility | Avg. 3 bed | Avg. 3 bed | | Avg. 3 bed | | Avg. 3 bed | |
| Heating/Cooling | gas/cac | gas/cac | | gas/cac | | gas/cac | |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | 2dw | 2dw | | 2ga2dw | -5,000 | 2dw | |
| Porch/Patio/Deck | Patio | Patio | | Porch | 0 | Patio | |
| Attic/Full Bath | None | None | | None | | None | |
| Fireplace/Other | None | None | | None | | None | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 15,610 | ☐ + ☒ - | $ -20,930 | ☐ + ☒ - | $ -6,860 |
| Adjusted Sale Price of Comparables | | Net Adj. 5.0 % Gross Adj. 5.0 % | $ 329,110 | Net Adj. 6.4 % Gross Adj. 9.5 % | $ 304,070 | Net Adj. 2.2 % Gross Adj. 2.2 % | $ 302,640 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain The search was limited to mls and tax data services available to the appraiser.

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  NJACTB/Public Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  NJACTB/Public Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 01/12/2022 | | | |
| Price of Prior Sale/Transfer | $255,000 | | | |
| Data Source(s) | NJACTB/Public Records | NJACTB/Public Records | NJACTB/Public Records | NJACTB/Public Records |
| Effective Date of Data Source(s) | 03/14/2024 | 03/14/2024 | 03/14/2024 | 03/14/2024 |

Analysis of prior sale or transfer history of the subject property and comparable sales  Sale or transfers of the subject within the past 3 years, no sales or transfers of the comparables within the past year. The appraiser recommends a title search for the subject to verify the subject sales history, as tax services and source(s) are not always up to date.

Summary of Sales Comparison Approach  All closed comparables are given consideration, additional comparables utilized are provided as additional supportive market data. All comparables are competitive dwellings located in the subject's market area. The appraiser has utilized the three most comparable sales and two most comparable listings within the local market area. See addendum for additional comments on sales comparison approach.

FHA/VA Case No.

## Exterior–Only Inspection Residential Appraisal Report     File # 202

See addendum for additional comments.

URAR: Final Reconciliation

This is an appraisal report as defined by the appraisal standards board of the Appraisal Foundation. The sales comparison approach is given the greatest weight as it best reflects the actions of buyers and sellers in this marketplace. The cost approach is mutually supportive. The income approach is generally not reflective of the single family market. The appraisers have no present or contemplated future interest in the subject property being appraised. The employment of these appraisers is not based upon the appraisers estimating a specific value or value range. No personal property is considered within this report. It is assumed within this report that there are no structural defects hidden by floor or wall coverings or any hidden or unapparent conditions that would have an impact on the value or marketability of the subject property. The appraisers do not profess to have the skill or expertise needed to make such inspections. The analysis, opinions and conclusions are developed and this report is prepared in conformity with the uniform standards of professional practice.

Exposure time
The Exposure Time opinion is specific to the subject property and represents the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market . Based on, Supply / demand conditions, Analysis of historical sales information (sold after exposure and after completion of negotiations between the seller and buyer), Statistical information about days on market (DOM), Information gathered through sales verification and Interviews of market participants, the opinion of exposure time for the subject property is between 60 and 90 days.

Prior Subject Property Assignment Disclosure -
I have not performed any services regarding the subject property within the last three years, as an appraiser or in any other capacity.

The subject is surrounded by single family residential homes, properties like these are typical within the local market area and have no affect on the marketability of the subject.

*ADDITIONAL COMMENTS*

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     Site value estimated via local land sales and/or market abstraction method. Limited land sales available in this market area. See certifications and limiting conditions regarding use of land value. Land value/ratio over 40% is typical to the area having no adverse affect on value and/or marketability.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ 120,000 |
|---|---|---|---|
| Source of cost data   cost services | DWELLING   1,642 Sq.Ft. @ $   100.00 | | =$ 164,200 |
| Quality rating from cost service   avg   Effective date of cost data   053/2024 | BASEMENT   821 Sq.Ft. @ $   75.00 | | =$ 61,575 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | =$ |
| Cost estimates are supported by cost services available to the appraiser. | Garage/Carport   245 Sq.Ft. @ $   65.00 | | =$ 15,925 |
| | Total Estimate of Cost-New | | =$ 241,700 |
| land to value ratio is typical to this area.Physical depreciation reflects the subject's overall condition. Age-life method utilized. | Less   Physical   Functional   External | | |
| | Depreciation   60,425 | | =$( 60,425) |
| | Depreciated Cost of Improvements | | =$ 181,275 |
| | "As-is" Value of Site Improvements | | =$ 10,000 |
| Estimated Remaining Economic Life (HUD and VA only)   45 Years | INDICATED VALUE BY COST APPROACH | | =$ 311,275 |

*COST APPROACH*

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $   3,850   X Gross Rent Multiplier   0   = $   0 | Indicated Value by Income Approach |
|---|---|

Summary of Income Approach (including support for market rent and GRM)   Income approach is not deemed appropriate and not reflective of the subject's market.

*INCOME*

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes   ☐ No   Unit type(s)   ☐ Detached   ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

FHA/VA Case No.

# Exterior-Only Inspection Residential Appraisal Report

File # 202

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or

FHA/VA Case No.

## Exterior–Only Inspection Residential Appraisal Report   File # 202

**APPRAISER'S CERTIFICATION:**   The  Appraiser  certifies  and  agrees  that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or wholly, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not

## Exterior-Only Inspection Residential Appraisal Report    File # 202

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  KIRT CABLE | Name |
| Company Name  Kirtsen Cable Appraisals | Company Name |
| Company Address  1576 Leslie St, Apt 1L | Company Address |
| Hillside, NJ 07205 | |
| Telephone Number  (201) 873-7673 | Telephone Number |
| Email Address  kazkirt@gmail.com | Email Address |
| Date of Signature and Report  05/07/2024 | Date of Signature |
| Effective Date of Appraisal  03/14/2024 | State Certification # |
| State Certification #  42RC00254600 | or State License # |
| or State License # | State |
| or Other (describe)  State # | Expiration Date of Certification or License |
| State  NJ | |
| Expiration Date of Certification or License  12/31/2025 | SUBJECT PROPERTY |

## Exterior-Only Inspection Residential Appraisal Report

File # 202

| FEATURE | SUBJECT | | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|---|
| Address | 1112 San Jose Dr Glendora, NJ 08029 | | 818 Marion Ave Glendora, NJ 08029 | | | | | |
| Proximity to Subject | | | 0.54 miles SW | | | | | |
| Sale Price | $ | | $ | 290,000 | $ | | $ | |
| Sale Price/Gross Liv. Area | $ | sq.ft. | $ 179.23 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | | NJMLS#NJCD2055650;DOM | | | | | |
| Verification Source(s) | | | NJACTB/TAX REC | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | | Listing | | | | | |
| Concessions | | | Active;0 | | | | | |
| Date of Sale/Time | | | Active | -15,000 | | | | |
| Location | N;Res; | | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | | Fee Simple | | | | | |
| Site | 17958 sf | | 8400 sf | 0 | | | | |
| View | N;Res; | | N;Res; | | | | | |
| Design (Style) | DT2;Colonial | | DT2;Colonial | | | | | |
| Quality of Construction | Q3 | | Q3 | | | | | |
| Actual Age | 67 | | 73 | 0 | | | | |
| Condition | C3 | | C4 | +27,550 | | | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 6 | 3 | 1.1 | 7 | 4 | 2.0 | -3,500 | | | | | |
| Gross Living Area | 1,642 sq.ft. | | 1,618 sq.ft. | +840 | sq.ft. | | sq.ft. | |
| Basement & Finished | 821sf0sfin | | 809sf0sfin | 0 | | | | |
| Rooms Below Grade | | | | | | | | |
| Functional Utility | Avg. 3 bed | | Avg. 4 bed | 0 | | | | |
| Heating/Cooling | gas/cac | | gas/none | +7,000 | | | | |
| Energy Efficient Items | none | | none | | | | | |
| Garage/Carport | 2dw | | 2dw | | | | | |
| Porch/Patio/Deck | Patio | | None | +5,000 | | | | |
| Attic/Full Bath | None | | None | | | | | |
| Fireplace/Other | None | | None | | | | | |
| Net Adjustment (Total) | | | ☒ + ☐ - | $ 21,890 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | | Net Adj. 7.5 % Gross Adj. 20.3 % | $ 311,890 | Net Adj. % Gross Adj. % | $ | Net Adj. % Gross Adj. % | $ |

*SALES COMPARISON APPROACH*

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 01/12/2022 | | | |
| Price of Prior Sale/Transfer | $255,000 | | | |
| Data Source(s) | NJACTB/Public Records | NJACTB/Public Records | | |
| Effective Date of Data Source(s) | 03/14/2024 | 05/04/2024 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales   No sales or transfers of comparables within the past year. The appraiser recommends a title search for the subject to verify the subject sales history, as tax services and source(s) are not always up to date.

*SALE HISTORY*

Analysis/Comments   Above listings are submitted as additional supportive market data. List prices appear to be original list prices.

*IS / COMMENTS*

## Supplemental Addendum

FHA/VA Case No.

File No. 202

| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1112 San Jose Dr | | | | | |
| City | Glendora | County | Camden | State | NJ | Zip Code 08029 |
| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |

**USPAP compliance and liability alert- scope of work**

At the request of the client, this appraisal report has been prepared in compliance with the Uniform Appraisal Dataset (UAD) from Fannie Mae and Freddie Mac. The UAD requires the appraiser to use standardized responses that include specific formats, definitions, abbreviations and acronyms. The appraiser attempted to obtain an adequate amount of information in the normal course of business regarding the subject and comparable properties. Some of the standardized responses required by the UAD, especially those in which the appraiser has not had the opportunity to verify personally or measure, could mistakenly imply greater precision and reliability in the data than is factually correct or typical in the normal course of business. Examples include condition and quality ratings as well as comparable sales and listing data. Not every element of the subject property was viewable, such as behind appliances and furniture, and comparable property data was generally obtained from third-party sources including public records and mls listing information. Consequently, this information should be considered an "estimate" unless otherwise noted by the appraiser. Reference: USPAP 2010-2011: scope of work rule; advisory opinion 24: normal course of business.

**Scope of the appraisal - Summary format**

Per the client's request, an appraisal report format was requested on a 1004 FNMA format which serves the clients needs for the purposes indicated below. The appraiser has inspected the subject property, and visible areas only, both inside and out, in order to provide a reasonable description of the improvements so that a reasonable value estimate of "fair market value" can be estimated by the appraiser utilizing typical appraisal practices and methodology for this type of property valuation. The appraiser's scope includes the investigation of, and collection of, relevant market data, cost data, income & expenses, rental data, and any other data that is typically required for such an assignment and the application of the three approaches to value, or those that are deemed appropriate for this assignment. The appraiser's scope includes conducting an appraisal assignment which conforms to the uniform standards of professional appraisal practice. The appraiser's liability shall not exceed the cost of this report. The appraisal is based on assumptions of no hidden adverse conditions affecting the subject's value, owner's property rights, and any other assumption and/or extra-ordinary assumptions which may be indicated in the report and addenda. Based on the data collected an analysed, a reasonable estimate of "fair market value", as of the effective date of this report.

This report contains electronic digital signatures & photographs. The electronic signatures in this report are secured by a password, which ensures the report can only be altered by the original signing appraisers. The digital photos contained in this report are not altered in any way as to mislead or misrepresent the properties shown.

**Prior Services:**

The Appraiser has not performed any appraisal valuation service/s (to include appraising, reviewing, BPOs, inspecting or updating) on the subject property within 36 months of the effective date of the current assignment.

**Exposure time determination:** Reasonable exposure time linked to the value opinion has been determined to be consistent with marketing time in the neighborhood section, unless otherwise indicated in this report

"Exposure time": is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.
The Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market.

Exposure Time: 3-12 Months
Est Marketing time 3-12 Months

## Supplemental Addendum

FHA/VA Case No.

File No. 202

| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1112 San Jose Dr | | | | | |
| City | Glendora | County | Camden | State | NJ | Zip Code  08029 |
| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |

**Sales Comparison**

The subject is an over 1600 sf  Colonial in average condition, and the best comparables within the local market area have been selected.

The appraisal report has been prepared as per FIRREA requirement.

Some municipal GLA in Glendora is incorrect and the appraiser has used some aerial measurements for this purpose.
Some comparables had trees in the way and some mls photos were used.

The subject's correct effective age is 15 years, therefore the remaining economic life is over 45 years.

All comparables are of similar effective ages although historical ages vary, therefore no age adjustments are necessary.

No site adjustments are made for differences in site size, less than 1 acre.

I have not performed any services, appraisal or otherwise, for this property in the 3 years prior to the date of this review assignment.

All closed comparables are given consideration as they are competitive single family dwellings located in the subject's market area.

Personal property has not been included in this valuation.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the subject property for default servicing related purposes.

INTENDED USER: The intended user of this appraisal report is the lender/client specified on page one of this report.

EXPOSURE TIME STATEMENT: The Exposure Time opinion is specific to the subject property and represents the estimated length of time that the property interest being appraised would have been offered on the market
prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.
Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market . Based on, Supply / demand conditions, Analysis of historical sales information
(sold after exposure and after completion of negotiations between the seller and buyer),
Statistical information about days on market (DOM), Information gathered through sales verification and
Interviews of market participants, the opinion of exposure time for the subject property is between 60 and 90 days.

All closed comparables are given consideration as they are competitive single family dwellings located in the subject's market area.

Time: the current local market area indicates stabilization among prevalent sales within the past year.

Condition: The subject is in average overall condition and thus, condition adjustments reflect the overall net conditions and effective age. The adjustments are net adjustments with each comparable considered individually with adjustments reflecting each comparables estimated net conditions and the degree of renovations/updates disclosed noted in the MLS.

Gla: Adjustments were taken at $35 per square foot difference as derived from the local market reflecting diminishing returns for larger GLA. No adjustment necessary for minimal differences (under 100 sf).

Full bathroom was adjusted at $7,000, which is typical to the area. Half bathroom was taken at $3,500.

All adjustments reflect the estimated market reaction to differences where warranted and supported. In the opinion of the appraiser that the comparables utilized are the best available value indicators as of the effective date of this report.

Bracketing: The appraiser was not able to bracket all the individual items due to a limited pool of suitable comparables.  Those items not bracketed have reliable and minimal adjustments having no adverse impact on the reliability of the valuation process. The comparables utilized are good value indicators and were the best available.  The appraiser has adequately bracketed the adjusted prices of the comparable sales and has derived a value within the ranges set by the comparables.

Listing comparables were provided as additional support and were adjusted for typical buyer and seller negotiations within the current market place.

FHA/VA Case No.

File No.  202

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Condition Ratings and Definitions

**C1**

The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

## Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Quality Ratings and Definitions (continued)

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

FHA/VA Case No.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
|  |  |  |

FHA/VA Case No.

File No.   202

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |

# Market Conditions Addendum to the Appraisal Report

File No. 202

FHA/VA Case No.

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 1-112 San Jose Dr | City Glendora | State NJ | ZIP Code 08029 |
|---|---|---|---|---|

Borrower   Garrett-Hill Jurdia Christine

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 2 | 3 | 2 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.33 | 1.00 | 0.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 6 | 8 | 7 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 18.2 | 8.0 | 10.4 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 350,000 | 370,000 | 391,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 26 | 43 | 70 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | 385,000 | 400,950 | 421,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 165 | 124 | 95 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 98.29% | 96.57% | 98.55% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Increasing | ☒ Stable | ☐ Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).     Although seller concession's are not common in the subjects marketplace, they are accepted when they do occur. Market conditions within the local market area are steadily rising.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes   ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
Although there are short sales and REO's in the subject area, they are not impacting arms length transactions.

Cite data sources for above information.     GSMLS

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
Comparable sales have moderately increased over the past three months with relatively stable market values.

If the subject is a unit in a condominium or cooperative project , complete the following:   Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes   ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

*(vertical left margin)* MARKET RESEARCH & ANALYSIS     CONDO/CO-OP PROJECTS

## Subject Photo Page

FHA/VA Case No.

| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1112 San Jose Dr | | | | | |
| City | Glendora | County | Camden | State | NJ | Zip Code  08029 |
| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |



### Subject Front

1112 San Jose Dr

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 1,642 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 17958 sf |
| Quality | Q3 |
| Age | 67 |

**Subject Street 1**



**Subject Street 2**



**Comparable Photo Page**

FHA/VA Case No.

| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1112 San Jose Dr | | | | | |
| City | Glendora | County | Camden | State | NJ | Zip Code 08029 |
| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |



### Comparable 1
38 12th Ave

| | |
|---|---|
| Prox. to Subject | 0.20 miles SW |
| Sales Price | 313,500 |
| Gross Living Area | 1,296 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 19000 sf |
| Quality | Q3 |
| Age | 94 |



### Comparable 2
213 7th Ave

| | |
|---|---|
| Prox. to Subject | 0.28 miles S |
| Sales Price | 325,000 |
| Gross Living Area | 2,240 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9375 sf |
| Quality | Q3 |
| Age | 64 |



### Comparable 3
1017 W Front St

| | |
|---|---|
| Prox. to Subject | 0.97 miles SW |
| Sales Price | 309,500 |
| Gross Living Area | 1,738 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |

**Comparable Photo Page**

FHA/VA Case No.

| Lender/Client | Garrett-Hill Jurdia Christine | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1112 San Jose Dr | | | | | | |
| City | Glendora | County | Camden | State | NJ | Zip Code | 08029 |
| Lender/Client | Garrett-Hill Jurdia Christine | | | | | | |



### Comparable 4

818 Marion Ave

| | |
|---|---|
| Prox. to Subject | 0.54 miles SW |
| Sale Price | 290,000 |
| Gross Living Area | 1,618 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8400 sf |
| Quality | Q3 |
| Age | 73 |

### Comparable 5

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 6

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location

FHA/VA Case No.

# Aerial View



**License**

FHA/VA Case No.

| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1112 San Jose Dr | | | | | |
| City | Glendora | County | Camden | State | NJ | Zip Code  08029 |
| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |

THIS DOCUMENT IS PRINTED ON WATERMARKED PAPER. WITH A MULTI-COLORED
BACKGROUND AND MULTIPLE SECURITY FEATURES. PLEASE VERIFY AUTHENTICITY

## State Of New Jersey
## New Jersey Office of the Attorney General
## Division of Consumer Affairs

THIS IS TO CERTIFY THAT THE

Real Estate Appraisers Board

HAS CERTIFIED

Kirtsen D. Cable
115 Tillman Street
Westwood NJ   07675

FOR PRACTICE IN NEW JERSEY AS A(N):  Cert Residential Appraiser

11/02/2019  TO  12/31/2023

VALID

42RC00254600

LICENSE/REGISTRATION/CERTIFICATION #

Signature of Licensee/Registrant/Certificate Holder

ACTING DIRECTOR

FHA/VA Case No.

## E & O Insurance

| Lender/Client | Garrett-Hill Jurdia Christine | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1112 San Jose Dr | | | | | | |
| City | Glendora | County | Camden | State | NJ | Zip Code | 08029 |
| Lender/Client | Garrett-Hill Jurdia Christine | | | | | | |



# CERTIFICATE OF LIABILITY INSURANCE

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

### CERTIFICATE HOLDER    CANCELLATION

## Location Map

| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1112 San Jose Dr | | | | | |
| City | Glendora | County | Camden | State | NJ | Zip Code | 08029 |
| Lender/Client | Garrett-Hill Jurdia Christine | | | | | |

