Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−12735−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jurdia C Garrett−Hill
   1112 San Jose Drive
   Glendora, NJ 08029

Social Security No.:
   xxx−xx−1357

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/28/2024 and a confirmation hearing on such Plan has been scheduled for 5/23/2024.

The debtor filed a Modified Plan on 9/4/2024 and a confirmation hearing on the Modified Plan is scheduled for 10/10/2024 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 5, 2024
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-12735-JKS
Jurdia C Garrett-Hill  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5
Date Rcvd: Sep 05, 2024      Form ID: 186      Total Noticed: 84

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jurdia C Garrett-Hill, 1112 San Jose Drive, Glendora, NJ 08029-1516 |
| 520192936 | + | Comcast, P.O. Box 848, Newark, NJ 07101-0848 |
| 520192964 | + | Linton Brown, 60 Dover Street, Newark, NJ 07106-2310 |
| 520192967 | + | Mariner Finance, 2290 US Highway 22 East, Suite D, Union, NJ 07083-8400 |
| 520192968 | + | Mariner Finance c/o, Randolph Walzer & Associates LLC, 2042 W County Line Road, Unit 8, PO Box 1234, Jackson, NJ 08527-0259 |
| 520192992 | + | Short Hills Surgery Center, 187 Millburn Avenue, Millburn, NJ 07041-1845 |
| 520192993 | + | Short Hills Surgery Center, 187 Millburn Avenue, Suite 102, Millburn, NJ 07041-1845 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 05 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 05 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2024 20:53:36 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520192922 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 05 2024 20:32:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 520192921 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 05 2024 20:32:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520192923 | + | Email/Text: bk@avant.com | Sep 05 2024 20:33:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 520192924 | + | Email/Text: bk@avant.com | Sep 05 2024 20:33:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 520255218 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 05 2024 20:33:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520192930 | ^ | MEBN | Sep 05 2024 20:28:55 | CMG Financial, Attn: Bankruptcy, 3160 Crow Canyon Rd, Ste 400, San Ramon, CA 94583-1382 |
| 520192931 | ^ | MEBN | Sep 05 2024 20:31:59 | CMG Financial, Pob 77404, Ewing, NJ 08628-6404 |
| 520192940 | | Email/Text: cfcbackoffice@contfinco.com | Sep 05 2024 20:33:00 | Continental Finance Company, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 520192939 | | Email/Text: cfcbackoffice@contfinco.com | Sep 05 2024 20:33:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 520192997 | | Email/Text: cfcbackoffice@contfinco.com | Sep 05 2024 20:33:00 | Surge, PO Box 6812, Carol Stream, IL |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | 60197-6812 |
| 520192925 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 05 2024 20:43:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520192927 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 05 2024 20:31:53 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520195067 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2024 20:42:57 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520228338 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 05 2024 20:42:32 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520192929 | + | Email/Text: bzern@celticbank.com | Sep 05 2024 20:33:00 | Celtic Bank Corp., 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 520192932 | + | Email/Text: documentfiling@lciinc.com | Sep 05 2024 20:32:00 | Comcast, 257 Prospect Avenue, West Orange, NJ 07052-4210 |
| 520192934 | + | Email/Text: documentfiling@lciinc.com | Sep 05 2024 20:32:00 | Comcast, 1500 Market Street, Philadelphia, PA 19102-2107 |
| 520192935 | + | Email/Text: documentfiling@lciinc.com | Sep 05 2024 20:32:00 | Comcast, 1 Comcast Drive, Philadelphia, PA 19103-2899 |
| 520192933 | + | Email/Text: documentfiling@lciinc.com | Sep 05 2024 20:32:00 | Comcast, 800 Rahway Avenue, Union, NJ 07083-6691 |
| 520192937 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 20:33:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520192938 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 20:33:00 | ComenityBank/Venus, Po Box 182789, Columbus, OH 43218-2789 |
| 520192941 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 05 2024 20:33:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520192943 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 05 2024 20:33:00 | Destiny Mastercard, PO Box 4477, Beaverton, OR 97076-4401 |
| 520232045 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Sep 05 2024 20:32:00 | EMERGENCY ASSOCIATES OF MONTCLAIR, C/O WAKEFIELD & ASSOCIATES, LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 520192944 | | Email/Text: bankruptcycourts@equifax.com | Sep 05 2024 20:33:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520192945 | | Email/Text: bankruptcycourts@equifax.com | Sep 05 2024 20:33:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520192946 | ^ | MEBN | Sep 05 2024 20:29:55 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520192947 | ^ | MEBN | Sep 05 2024 20:29:09 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520192948 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 05 2024 20:42:57 | First Premier Bank, Attn: Bankruptcy, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520192950 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 05 2024 20:42:58 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520192952 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 05 2024 20:33:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520192953 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 05 2024 20:33:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 520192954 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 05 2024 20:33:00 | Indigo, P.O. Box 23039, Columbus, GA 31902-3039 |
| 520192955 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 05 2024 20:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520239614 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 05 2024 20:33:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Saint Cloud MN 56302-9617 |
| 520192956 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 05 2024 20:33:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520192959 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 05 2024 20:33:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520192962 | + | Email/Text: bankruptcy@kikoff.com | Sep 05 2024 20:33:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 520192963 | + | Email/Text: bankruptcy@kikoff.com | Sep 05 2024 20:33:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 520199688 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2024 20:43:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520192966 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2024 20:43:16 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520192965 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2024 20:43:07 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520217517 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2024 20:31:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520192969 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 05 2024 20:33:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520192972 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 05 2024 20:33:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520192975 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2024 20:31:53 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520192977 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192976 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520192978 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520192979 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Midnight Velvet/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192980 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 05 2024 20:33:00 | Milestone, P.O. Box 23065, Columbus, GA 31902-3065 |
| 520217562 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520192981 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 05 2024 20:33:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520192983 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 05 2024 20:33:00 | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 520220734 | + | Email/PDF: cbp@omf.com | Sep 05 2024 20:31:56 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520192985 | + | Email/PDF: cbp@omf.com | Sep 05 2024 20:42:27 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520192996 | | Email/Text: bankruptcy@self.inc | Sep 05 2024 20:33:00 | Sunrise Banks, 515 Congress Ave, Suite 2200, Austin, TX 78701 |
| 520192994 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 05 2024 20:33:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520192988 | + | Email/Text: bankruptcy@savit.com | | |

| Recip ID | | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 05 2024 20:33:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520192989 | + | Email/Text: bankruptcy@savit.com | Sep 05 2024 20:33:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520192990 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192991 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Seventh Ave/Swiss Colony Inc., 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192995 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Sep 05 2024 20:33:00 | Sunrise Banks, Attn: Bankruptcy, 200 University Avenue West, Saint Paul, MN 55103-2075 |
| 520192999 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 05 2024 20:42:48 | Synchrony/HSN, Po Box 71740, Philadelphia, PA 19176-1740 |
| 520192998 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 05 2024 20:31:56 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520193000 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | The Swiss Colony/Country Door, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520193001 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | The Swiss Colony/Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520193002 | ^ | MEBN | Sep 05 2024 20:29:26 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520193003 | ^ | MEBN | Sep 05 2024 20:29:38 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520215376 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 05 2024 20:33:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 520193005 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 05 2024 20:32:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 520193004 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 05 2024 20:32:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 520193006 | ^ | MEBN | Sep 05 2024 20:31:06 | Waypoint Resource Group, Attn: Bankruptcy, Po Box 8588, Round Rock, TX 78683-8588 |
| 520193008 | ^ | MEBN | Sep 05 2024 20:31:07 | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 77

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520192926 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520192928 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520197301 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520192942 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520192949 | *+ | First Premier Bank, Attn: Bankruptcy, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520192951 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520192957 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520192958 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520192960 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520192961 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520192970 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520192971 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520192973 | *+ | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |

Case 24-12735-JKS    Doc 29    Filed 09/07/24    Entered 09/08/24 00:12:17    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: 186 | Total Noticed: 84 |

| 520192974 | *+ | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520192982 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520192984 | *+ | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 520192986 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520192987 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520193007 | *+ | Waypoint Resource Group, Attn: Bankruptcy, Po Box 8588, Round Rock, TX 78683-8588 |
| 520193009 | *+ | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 0 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Jurdia C Garrett-Hill yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4