**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease     **0** Lien Avoidance

**Last revised: November 14, 2023**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
### New Jersey

In Re:      **Jurdia C Garrett-Hill**                                    Case No.:        **24-12735**
                                                                         Judge:           **JKS**

                              Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

☐ Original                          ☑ Modified/Notice Required       Date:   **8/30/2024**
☐ Motions Included                  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS WILL BE AFFECTED

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT  LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c

Initial Debtor(s)' Attorney     /s/ DGB        Initial Debtor:    **/s/ JCG**         Initial Co-Debtor  _____

## Part 1:  Payment and Length of Plan

    a.      The debtor has **paid in $1,200 to date** and shall pay to the Chapter 13 Trustee $**300.00** monthly for **50** months **starting August 2024** for a total of 54 months. (If tier payments are proposed) : and then $_____ per month for _____ months; $_____ per month for _____ months, for a total of **0** months.

    b.      The debtor shall make plan payments to the Trustee from the following sources:
- [✓] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

    c.      Use of real property to satisfy plan obligations:
- [ ] Sale of real property
  Description:
  Proposed date for completion:        _____

- [ ] Refinance of real property:
  Description:
  Proposed date for completion:        _____

- [ ] Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:        _____

    d.    [ ]    The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

            [ ]    If a Creditor filed a claim for arrearages, the arrearages [ ] will / [ ] will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

    e.      For debtors filing joint petition:
- [ ] Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

        Initial Debtor: _____      Initial Co-Debtor: _____

## Part 2:  Adequate Protection      X  NONE

      a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor). (Adequate protection payments to be commenced upon order of the Court.)

      b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

    a.      All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Marie-Ann Greenberg, Chapter 13 Standing Trustee** | **Trustee Commission (Administrative)** | **As allowed by statute** |
| **Goldman & Beslow, LLC** | **Attorney fees (Administrative)** | **Balance Due:  $3,250.00** |
| **Domestic Support Obligation** | | **None** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **$4,558.36** |
| **State of New Jersey Division of Taxation** | **Taxes and certain other debts** | **$0.00** |

    b.      Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:
- [✓] None

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 4: Secured Claims

**a.    Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| CMG Mortgage, Inc. | **1112 San Jose Drive, Glendora, NJ** | **$1,700.31** | n/a | **$1,700.31** | **Debtor shall pay the regular monthly payments pursuant to the terms of the underlying loan documents unless otherwise ordered** |

**b.    Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | |

**c.    Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
| | | | | |

**d.    Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.** **Surrender** ☐ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **OneMain Financial Group, LLC** | **2001 Toyota Camry** | **$4,350.00** | **surrender in full satisfaction of debt** |

**f.** **Secured Claims Unaffected by the Plan** ☑ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| | |

**g.** **Secured Claims to be Paid in Full Through the Plan:** ☑ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
| **Part 5: Unsecured Claims** | **NONE** | | | |

**a.** **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

**b.** **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis for Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| **Linton Brown** | **Judgment creditor/resolution of objection on appraisal value** | **Inside plan at reduced claim amount** | **$4,736.00** |
| **Department of Ed/Nelnet** | **Student loans** | **Outside plan** | **Outside plan** |

**Part 6: Executory Contracts and Unexpired Leases**          **X** **NONE**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| | | | | |

**Part 7:  Motions**        X  NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of**
**Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

     a.     **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

     b.     **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

     c.     **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

     d.     Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

**Part 8:  Other Plan Provisions**
     a.     **Vesting of Property of the Estate**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

☑ Upon Confirmation
☐ Upon Discharge

**b.      Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay**.**

**c.      Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) **Chapter 13 Standing Trustee Commissions**
2) **Other Administrative Claims - including Attorney Fees & Costs**
3) **Separately classified claim of Linton Brown**
4) **Priority Claims**
5) **Secured Claims**
6) **Lease Arrearages**
7) **General Unsecured Claims**

**d.      Post-Petition Claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| Part 9:  Modification | |
|---|---|

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:  **4/18/2024**      .

Explain below **why** the plan is being modified:
**Plan is being modified to address resolution of objection from unsecured creditor and to add mortgage arrears as per Order (Doc 25) entered by Court on May 20, 2024.**

Are Schedules I and J being filed simultaneously with this Modified Plan?          ☐ Yes          ☑ No

| Part 10 :  Non-Standard Provision(s): Signatures Required |
|---|

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

| Signatures |
|---|

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date:   **August 30, 2024**                                    **/s/ Jurdia C Garrett-Hill**
                                                                          **Jurdia C Garrett-Hill**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Date: _____

Debtor
_____

Joint Debtor


Date   **August 30, 2024**
_____

**/s/ David G. Beslow, Esq.**
_____
**David G. Beslow, Esq.**
Attorney for the Debtor(s)

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 24-12735-JKS

Jurdia C Garrett-Hill                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                                  Page 1 of 5
Date Rcvd: Sep 05, 2024                        Form ID: pdf901                          Total Noticed: 84

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jurdia C Garrett-Hill, 1112 San Jose Drive, Glendora, NJ 08029-1516 |
| 520192936 | + | Comcast, P.O. Box 848, Newark, NJ 07101-0848 |
| 520192964 | + | Linton Brown, 60 Dover Street, Newark, NJ 07106-2310 |
| 520192967 | + | Mariner Finance, 2290 US Highway 22 East, Suite D, Union, NJ 07083-8400 |
| 520192968 | + | Mariner Finance c/o, Randolph Walzer & Associates LLC, 2042 W County Line Road, Unit 8, PO Box 1234, Jackson, NJ 08527-0259 |
| 520192992 | + | Short Hills Surgery Center, 187 Millburn Avenue, Millburn, NJ 07041-1845 |
| 520192993 | + | Short Hills Surgery Center, 187 Millburn Avenue, Suite 102, Millburn, NJ 07041-1845 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 05 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 05 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 05 2024 20:42:32 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520192922 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 05 2024 20:32:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 520192921 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 05 2024 20:32:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520192923 | + | Email/Text: bk@avant.com | Sep 05 2024 20:33:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 520192924 | + | Email/Text: bk@avant.com | Sep 05 2024 20:33:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 520255218 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 05 2024 20:33:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520192930 | ^ | MEBN | Sep 05 2024 20:28:53 | CMG Financial, Attn: Bankruptcy, 3160 Crow Canyon Rd, Ste 400, San Ramon, CA 94583-1382 |
| 520192931 | ^ | MEBN | Sep 05 2024 20:32:01 | CMG Financial, Pob 77404, Ewing, NJ 08628-6404 |
| 520192940 | | Email/Text: cfcbackoffice@contfinco.com | Sep 05 2024 20:33:00 | Continental Finance Company, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 520192939 | | Email/Text: cfcbackoffice@contfinco.com | Sep 05 2024 20:33:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 520192997 | | Email/Text: cfcbackoffice@contfinco.com | Sep 05 2024 20:33:00 | Surge, PO Box 6812, Carol Stream, IL |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: pdf901 | Total Noticed: 84 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 60197-6812 |
| 520192925 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
|  |  | Sep 05 2024 20:31:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520192927 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
|  |  | Sep 05 2024 20:42:30 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520195067 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
|  |  | Sep 05 2024 20:42:30 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520228338 | + | Email/PDF: ebn_ais@aisinfo.com | |
|  |  | Sep 05 2024 20:43:12 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520192929 | + | Email/Text: bzern@celticbank.com | |
|  |  | Sep 05 2024 20:33:00 | Celtic Bank Corp., 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 520192932 | + | Email/Text: documentfiling@lciinc.com | |
|  |  | Sep 05 2024 20:32:00 | Comcast, 257 Prospect Avenue, West Orange, NJ 07052-4210 |
| 520192934 | + | Email/Text: documentfiling@lciinc.com | |
|  |  | Sep 05 2024 20:32:00 | Comcast, 1500 Market Street, Philadelphia, PA 19102-2107 |
| 520192935 | + | Email/Text: documentfiling@lciinc.com | |
|  |  | Sep 05 2024 20:32:00 | Comcast, 1 Comcast Drive, Philadelphia, PA 19103-2899 |
| 520192933 | + | Email/Text: documentfiling@lciinc.com | |
|  |  | Sep 05 2024 20:32:00 | Comcast, 800 Rahway Avenue, Union, NJ 07083-6691 |
| 520192937 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Sep 05 2024 20:33:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520192938 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Sep 05 2024 20:33:00 | ComenityBank/Venus, Po Box 182789, Columbus, OH 43218-2789 |
| 520192941 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
|  |  | Sep 05 2024 20:33:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520192943 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
|  |  | Sep 05 2024 20:33:00 | Destiny Mastercard, PO Box 4477, Beaverton, OR 97076-4401 |
| 520232045 |  | Email/Text: bankruptcy.accounts@wakeassoc.com | |
|  |  | Sep 05 2024 20:32:00 | EMERGENCY ASSOCIATES OF MONTCLAIR, C/O WAKEFIELD & ASSOCIATES, LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 520192944 |  | Email/Text: bankruptcycourts@equifax.com | |
|  |  | Sep 05 2024 20:33:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520192945 |  | Email/Text: bankruptcycourts@equifax.com | |
|  |  | Sep 05 2024 20:33:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520192946 | ^ | MEBN | |
|  |  | Sep 05 2024 20:29:55 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520192947 | ^ | MEBN | |
|  |  | Sep 05 2024 20:29:18 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520192948 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
|  |  | Sep 05 2024 20:43:17 | First Premier Bank, Attn: Bankruptcy, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520192950 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
|  |  | Sep 05 2024 20:43:05 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520192952 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
|  |  | Sep 05 2024 20:33:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520192953 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
|  |  | Sep 05 2024 20:33:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 520192954 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
|  |  | Sep 05 2024 20:33:00 | Indigo, P.O. Box 23039, Columbus, GA 31902-3039 |
| 520192955 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | |
|  |  | Sep 05 2024 20:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520239614 |  | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Sep 05 2024 20:33:00 | Jefferson Capital Systems LLC, Po Box 7999, |

District/off: 0312-2                          User: admin                                    Page 3 of 5

Date Rcvd: Sep 05, 2024                       Form ID: pdf901                                Total Noticed: 84

|  |  |  |  |
|---|---|---|---|
|  |  |  | Saint Cloud MN 56302-9617 |
| 520192956 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 05 2024 20:33:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520192959 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 05 2024 20:33:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520192962 | + Email/Text: bankruptcy@kikoff.com | Sep 05 2024 20:33:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 520192963 | + Email/Text: bankruptcy@kikoff.com | Sep 05 2024 20:33:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 520199688 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2024 20:42:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520192966 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2024 20:42:44 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 520192965 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2024 20:43:17 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520217517 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2024 20:31:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520192969 | + Email/Text: bankruptcy@marinerfinance.com | Sep 05 2024 20:33:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520192972 | + Email/Text: bankruptcy@marinerfinance.com | Sep 05 2024 20:33:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520192975 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2024 20:31:24 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520192977 | + Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192976 | + Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520192978 | + Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520192979 | + Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Midnight Velvet/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192980 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 05 2024 20:33:00 | Milestone, P.O. Box 23065, Columbus, GA 31902-3065 |
| 520217562 | + Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520192981 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 05 2024 20:33:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520192983 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 05 2024 20:33:00 | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 520220734 | + Email/PDF: cbp@omf.com | Sep 05 2024 20:32:14 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520192985 | + Email/PDF: cbp@omf.com | Sep 05 2024 20:31:55 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520192996 | Email/Text: bankruptcy@self.inc | Sep 05 2024 20:33:00 | Sunrise Banks, 515 Congress Ave, Suite 2200, Austin, TX 78701 |
| 520192994 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 05 2024 20:33:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520192988 | + Email/Text: bankruptcy@savit.com |  |  |

| | | | Sep 05 2024 20:33:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
|---|---|---|---|---|
| 520192989 | + | Email/Text: bankruptcy@savit.com | Sep 05 2024 20:33:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520192990 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192991 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | Seventh Ave/Swiss Colony Inc., 1112 7th Ave, Monroe, WI 53566-1364 |
| 520192995 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Sep 05 2024 20:33:00 | Sunrise Banks, Attn: Bankruptcy, 200 University Avenue West, Saint Paul, MN 55103-2075 |
| 520192999 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 05 2024 20:31:55 | Synchrony/HSN, Po Box 71740, Philadelphia, PA 19176-1740 |
| 520192998 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 05 2024 20:31:59 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520193000 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | The Swiss Colony/Country Door, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520193001 | + | Email/Text: bankruptcy@sccompanies.com | Sep 05 2024 20:33:00 | The Swiss Colony/Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520193002 | ^ | MEBN | Sep 05 2024 20:29:29 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520193003 | ^ | MEBN | Sep 05 2024 20:29:39 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520215376 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 05 2024 20:33:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 520193005 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 05 2024 20:32:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 520193004 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 05 2024 20:32:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 520193006 | ^ | MEBN | Sep 05 2024 20:31:14 | Waypoint Resource Group, Attn: Bankruptcy, Po Box 8588, Round Rock, TX 78683-8588 |
| 520193008 | ^ | MEBN | Sep 05 2024 20:31:11 | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 77

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520192926 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520192928 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520197301 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520192942 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520192949 | *+ | First Premier Bank, Attn: Bankruptcy, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520192951 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520192957 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520192958 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520192960 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520192961 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 520192970 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520192971 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520192973 | *+ | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |

District/off: 0312-2                  User: admin                                         Page 5 of 5

Date Rcvd: Sep 05, 2024             Form ID: pdf901                                    Total Noticed: 84

| | | |
|---|---|---|
| 520192974 | *+ | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520192982 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520192984 | *+ | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 520192986 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520192987 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 520193007 | *+ | Waypoint Resource Group, Attn: Bankruptcy, Po Box 8588, Round Rock, TX 78683-8588 |
| 520193009 | *+ | Waypoint Resource Group, Po Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 0 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024                                    Signature:                 /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:**

**Name**                           **Email Address**

David G. Beslow

           on behalf of Debtor Jurdia C Garrett-Hill yrodriguez@goldmanlaw.org
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldm
           anlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon

           on behalf of Creditor CMG Mortgage  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg

           magecf@magtrustee.com

U.S. Trustee

           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4