| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br>Attorneys for Debtor, Jurdia Garrett-Hill | **Order Filed on October 8, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>**JURDIA GARRETT-HILL,**<br><br>          Debtor | Case No. 24-12735-JKS<br><br>Chapter 13<br><br>Hearing Date: May 23, 2024<br>                    at 10:00 a.m.<br><br>Judge John K. Sherwood |

### ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 8, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| **Page:** | **2** |
| **Debtor:** | **Jurdia Garrett-Hill** |
| **Case No.:** | **24-12735-JKS- Chapter 13** |
| **Caption:** | **Order Resolving Creditor's Objection to Confirmation of Debtor's Chapter 13 Plan** |

---

This matter having been brought before the Court by creditor, Linton Brown ("Creditor"), Althea Brown POA appearing, by way of an objection to the confirmation of debtor's Chapter 13 plan; and this Court having considered the arguments of Creditor and counsel for the debtor, David G. Beslow, Esq. appearing; and for good cause having been shown;

**IT IS ORDERED** that debtor shall pay Creditor, through the Chapter 13 plan, $4,486.00 on account of Creditor's proof of claim and $250.00 for an appraisal fee reimbursement, for a total amount of $4,736.00, in full satisfaction of Creditor's claim; and

**IT IS FURTHER ORDERED** that, as per the already-filed modified Chapter 13 plan, if confirmed, the Creditor will be provided with payment of Creditor's claim, after the payment of Chapter 13 trustee commissions and administrative expenses, in the above-referenced total amount; and

**IT IS FURTHER ORDERED** that Creditor's objection to confirmation is hereby resolved.