| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br>Attorneys for Debtor, Jurdia Garrett-Hill | Order Filed on October 8, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>    **JURDIA GARRETT-HILL,**<br><br>        Debtor | Case No. 24-12735-JKS<br><br>Chapter 13<br><br>Hearing Date: May 23, 2024<br>              at 10:00 a.m.<br><br>Judge John K. Sherwood |

## ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 8, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:     2
Debtor:   Jurdia Garrett-Hill
Case No.: 24-12735-JKS- Chapter 13
Caption:  Order Resolving Creditor's Objection to Confirmation of Debtor's Chapter 13 Plan

___

This matter having been brought before the Court by creditor, Linton Brown ("Creditor"), Althea Brown POA appearing, by way of an objection to the confirmation of debtor's Chapter 13 plan; and this Court having considered the arguments of Creditor and counsel for the debtor, David G. Beslow, Esq. appearing; and for good cause having been shown;

**IT IS ORDERED** that debtor shall pay Creditor, through the Chapter 13 plan, $4,486.00 on account of Creditor's proof of claim and $250.00 for an appraisal fee reimbursement, for a total amount of $4,736.00, in full satisfaction of Creditor's claim; and

**IT IS FURTHER ORDERED** that, as per the already-filed modified Chapter 13 plan, if confirmed, the Creditor will be provided with payment of Creditor's claim, after the payment of Chapter 13 trustee commissions and administrative expenses, in the above-referenced total amount; and

**IT IS FURTHER ORDERED** that Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12735-JKS |
| Jurdia C Garrett-Hill | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 08, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jurdia C Garrett-Hill, 1112 San Jose Drive, Glendora, NJ 08029-1516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Jurdia C Garrett-Hill yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4