GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ 07017

Re: JURDIA C GARRETT-HILL
1112 SAN JOSE DRIVE
GLENDORA, NJ 08029

Atty: GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ 07017

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
**Chapter 13 Case # 24-12735**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $16,200.00**

## RECEIPTS AS OF 01/01/2025

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/29/2024 | $300.00 | | 05/15/2024 | $300.00 | |
| 06/28/2024 | $300.00 | | 08/02/2024 | $300.00 | |
| 08/30/2024 | $300.00 | | 10/04/2024 | $300.00 | |
| 11/05/2024 | $300.00 | | 12/06/2024 | $300.00 | |

**Total Receipts: $2,400.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $2,400.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025

(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 156.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 2,244.00 | 1,006.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ASPIRE CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 396.28 | * | 0.00 | |
| 0005 | CENLAR FSB | (NEW) Prepetition / | 1,700.31 | 100.00% | 0.00 | |
| 0007 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | COMENITYBANK/VENUS | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | CONTINENTAL FINANCE COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,323.18 | * | 0.00 | |
| 0028 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | UNITED STATES TREASURY/IRS | PRIORITY | 4,558.36 | 100.00% | 0.00 | |
| 0033 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 998.22 | * | 0.00 | |
| 0035 | KIKOFF LENDING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | LINTON BROWN | UNSECURED | 4,736.00 | * | 0.00 | |

**Chapter 13 Case # 24-12735**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0037 | LVNV FUNDING LLC | UNSECURED | 476.67 | * | 0.00 | |
| 0042 | MARINER FINANCE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | MERRICK BANK | UNSECURED | 173.11 | * | 0.00 | |
| 0045 | MIDNIGHT VELVET | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | MIDNIGHT VELVET/SWISS COLONY | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | ONEMAIN | UNSECURED | 9,535.01 | * | 0.00 | |
| 0052 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | SEVENTH AVE/SWISS COLONY INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | STATE OF NEW JERSEY DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0060 | SUNRISE BANKS | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | SYNCHRONY/HSN | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | THE SWISS COLONY/COUNTRY DOOR | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | USAA FEDERAL SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | WAYPOINT RESOURCE GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | CAPITAL ONE NA | UNSECURED | 789.78 | * | 0.00 | |
| 0075 | DEPT OF EDUCATION/NELN | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 949.83 | * | 0.00 | |
| 0077 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 649.97 | * | 0.00 | |
| 0078 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 589.94 | * | 0.00 | |
| 0079 | MARINER FINANCE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | MARINER FINANCE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | ONEMAIN | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0083 | WAYPOINT RESOURCE GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | UNITED STATES TREASURY/IRS | UNSECURED | 4,567.60 | * | 0.00 | |
| 0085 | MONTGOMERY WARD | UNSECURED | 567.29 | * | 0.00 | |
| 0086 | CAPITAL ONE NA | UNSECURED | 1,329.88 | * | 0.00 | |
| 0087 | EMERGENCY ASSOCIATES OF MONTCLA | UNSECURED | 603.56 | * | 0.00 | |
| 0088 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 507.49 | * | 0.00 | |
| 0089 | MARINER FINANCE LLC | UNSECURED | 9,368.32 | * | 0.00 | |

**Total Paid: $2,400.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $2,400.00 - Paid to Claims: $0.00 - Admin Costs Paid: $2,400.00 = Funds on Hand: $0.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.