B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Jurdia C. Garrett-Hill, Case No. 24-12735

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Freedom Mortgage Corporation
Name of Transferee

Name and Address where notices to transferee should be sent: Freedom Mortgage Corporation
Bankruptcy Department
11988 EXIT 5 PKWY, BLDG 4
Fishers, IN 46037-7939

Phone: 855-690-5900
Last Four Digits of Acct #: 8940

Name and Address where transferee payments should be sent (if different from above):

Phone: ____
Last Four Digits of Acct #: ____

CMG Mortgage, Inc.
Name of Transferor

Court Claim # (if known): 17-1
Amount of Claim: $239,061.45
Date Claim Filed: 05/14/2024

Phone: 600-883-3900
Last Four Digits of Acct. #: 5752

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ReShaundra M. Suggs
Transferee/Transferee's Agent

Date: 03/06/2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.